IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00271-ZLW-CBS

BRIGGS OF BURTON, PLC,

    Plaintiff,

v.

JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC. and
JACOBS CONSTRUCTION, INC.,

    Defendants.

## ORDER

The matter before the Court is Defendants' "Request For Consideration Of Transfer." Defendants request that this action be transferred to Senior Judge Richard P. Matsch because Judge Matsch is presiding over what Defendants assert is a similar and related case, Case No. 08-cv-00985-RPM. Pursuant to this Court's Local Rules, "[a] new case claimed to be related to a pending case shall be assigned to the same judicial officers only if the district judge assigned to the pending case grants a motion to consolidate pursuant to Fed. R. Civ. P 42(a) and D.C.COLO.LCivR 42.1."[1] Accordingly, it is

---

[1] D.C.COLO.LCivR 40.1C.4.

ORDERED that Defendants' "Request For Consideration Of Transfer" (filed together with Defendants' "Notice Of Related Case" as Doc. No. 9) is denied without prejudice to Defendants filing a motion to consolidate in Case No. 08-cv-00985-RPM.

DATED at Denver, Colorado, this 16th day of April, 2009.

                                          BY THE COURT:

                                          _____
                                          ZITA L. WEINSHIENK, Senior Judge
                                          United States District Court